## OPPENHEIMER v. UNITED STATES.

(Circuit Court, S. D. New York.   February 6, 1895.)

No. 789.

CUSTOMS DUTIES—CLASSIFICATION—COTTON CHENILLE.
So-called "fascinators," made of cotton chenille, must be classified under Act Oct. 1, 1890, par. 351, and not under paragraph 349, as "cotton wearing apparel," which designation is less specific than that of "manufactures of chenille," in paragraph 351.

This was an application by H. Oppenheimer, importer of certain merchandise known as "fascinators," for a review of the decision of the board of general appraisers sustaining the decision of the collector of the port of New York as to the rate of duty on such merchandise.

The collector assessed duty upon the goods under paragraph 351, as "manufactures of cotton chenille"; the importer insisting that they were dutiable under paragraph 349, as "cotton wearing apparel."

Stephen G. Clarke, for importer.
Jason Hinman, Asst. U. S. Atty., for collector.

COXE, District Judge (orally).   Chenille is a variety of cotton, a species of the genus cotton.   Paragraph 351 is explicit in its provision.   It refers to "all manufactures of chenille."   My impression is that this is a more specific designation than the general one of "cotton wearing apparel."   The decision of the board of general appraisers is affirmed.